IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Criminal No. 22-132 (RAM)

[1] ELVIN PARADIS,

Defendant.

## **MOTION FOR CHANGE OF PLEA**

TO THE HONORABLE RAUL M. ARIAS-MARXUACH
CHIEF UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW** defendant, ELVIN PARADIS, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully requests that a hearing be set at which he intends to change his previously entered plea of not guilty to one of guilty pursuant to a straight plea.

**I HEREBY CERTIFY** that on this date I filed the present motion with the Clerk of Court using the CM/ECF which will send notification of the same to all the parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 30th day of June, 2023.

**S/Hector L. Ramos-Vega**
Hector L. Ramos-Vega
Interim Federal Public Defender
USDC-PR 222504
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Hector_Ramos@fd.org